**Douglas E. and Jane R. STOLL, Respondents,**

v.

**COTTONWOOD FARMS, INC., Appellant.**

**No. WD 42872.**

Missouri Court of Appeals, Western District.

Oct. 2, 1990.

Joe F. Willerth of Wirkin & King, Independence, for appellant.

Susan M. Elliott of Swartzman Thomas Hazelton Laner & Batson, Kansas City, for respondents.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from an order granting permanent injunction against building a subdivision on a tract of land which is covered by

a Declaration of Restrictions permitting only one house to be built per tract.

Judgment affirmed. Rule 84.16(b).